UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x    05 CV 0330 (NG) (SMG)

JANOS GECSE,

                          **Plaintiff,**

  - against -                                                  **ORDER**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration,**

                          **Defendant.**
----------------------------------------------------------------------x

**GERSHON, United States District Judge:**

       For the reasons set forth on the record on February 22, 2006, defendant's motion for judgment on the pleadings is denied and plaintiff's cross-motion for judgment on the pleadings is granted. The action is remanded to the Commissioner solely for calculation of benefits.

                                        **SO ORDERED.**

                                          /S/
                                  **NINA GERSHON**
                                  **United States District Judge**

Dated: Brooklyn, New York
       February 24, 2006